# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE SCOTT NEWCOMB, | CV F 05-1356 REC SMS HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST TO DISMISS ACTION |
| v. | [Doc. 3] |
| PAUL SCHULTZ, | |
| Respondent. | |

 Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

 Petitioner filed the instant petition for writ of habeas corpus on October 27, 2005. On November 9, 2005, Petitioner filed a request to withdraw the petition.

 Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be dismissed by the [Petitioner] without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer . . . ." Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil Procedure, to the extent that they are not inconsistent with these rules, may be applied, when appropriate, to petitions filed under these rules."

 At this time, Respondent has not filed an answer to the petition for writ of habeas corpus. Furthermore, the Court finds that Respondent will not suffer prejudice by a dismissal of this action.

1 | Accordingly, IT IS ORDERED that the petition BE DISMISSED without prejudice.

2 | IT IS SO ORDERED.

3 | **Dated:  November 15, 2005**              /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE

2